United States District Court
Eastern District of Louisiana  **11-2005**

Plaintiff = Daniel Leban Jr    **SECT. R  MAG. 5**

VERSUS

Defendant = MATER DOLOROSA
Apartments at 1226 South Carrollton AVE

Beans as though the Housing Authority of New Orleans, shows not to Mediate the problems that I have with the Apartments at 1226 South Carrollton ave, instead the housing authority decided to turn it over too LOUISIANA Department of Justice, I Daniel ask for a Mediator to attempt to resolve this housing eschew that I have, but the Management at 1226 South Carrollton AVE shows not to accept the mediator therefore I Daniel will pursue other option such as the Courts     APT #5

Daniel Le Ban    2300 N, BROAD, St
N, O, LA 70122

\*\*\*   REC 2011068   115527 HC3E60E0 2G1M  CIPQYA7     PQA7    (F-2G1 )   \*\*\*

SOCIAL SECURITY ADMINISTRATION

                                          Date: March 9, 2011
                                          Claim Number: 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A
                                                               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DI

DANIEL LEBAN J
2300 N BROAD ST
APT 5
NEW ORLEANS LA 70122-2901

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Supplemental Security Income Payments

    Beginning July 2010, the current
    Supplemental Security Income payment is...............$ 674.00

    This payment amount may change from month to month if income or living situation changes.

    Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

There was no cost of living adjustment in Social Security benefits in December 2010. The benefit amount shown is current as of the date on this letter.